UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAY ROWE, | ) | CASE NO. SA CV 07-578-SVW (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| J. HEDGPETH, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 4/1/10

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\ROWE, R 578\Judgment.wpd